UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PRINCESS MARIA SPENCER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.   23-00323 (UNA) |
| | ) | |
| | ) | |
| WASHINGTON, D.C., | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION**

This matter, filed *pro se*, is before the Court on its initial review of Plaintiff's complaint, ECF No. 1, and application for leave to proceed *in forma pauperis*, ECF No. 2.  The Court will grant the application and dismiss the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332.  Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000.  A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction.  *See* Fed. R. Civ. P. 8(a).  Failure to plead such facts warrants dismissal of the action.  *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff, a resident of Washington, D.C., has sued the District of Columbia.  In the single-page complaint, Plaintiff alleges that since arriving in the District on August 16, 2022, she has been "a victim of stalking, identity theft and property fraud."  She does not state when and where such occurred and by whom but suggests that she can provide proof because she is "a relative of

Royals" and is "on camera 24/7."  Plaintiff demands no relief but posits that "a DNA test will prove I am Caucasian, and I appear African American."

The complaint does not establish federal court jurisdiction, and "federal courts are without power to entertain claims" that "are so attenuated and unsubstantial as to be absolutely devoid of merit, wholly insubstantial, [or] obviously frivolous[.]"  *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974) (internal quotation marks and citations omitted).  Consequently, this action will be dismissed by separate order.

Date: February 17, 2023

_____/s/_____
RUDOLPH CONTRERAS
United States District Judge